# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IAN MICHAEL GAY,**

    **Plaintiff,**

**v.**                                           **Case No: 6:15-cv-2175-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Motion to Dismiss (Doc. No. 11) filed by Defendant. The assigned United States Magistrate Judge has submitted a Report (Doc. 14) recommending that the motion be granted. Plaintiff has not filed any objection to the Report and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss (Doc. No. 11) is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED**.

4. The Clerk is directed to close this file.

DONE and ORDERED in Orlando, Florida, on June 17, 2016.

                                                     _____
                                                     JOHN ANTOON II
                                                     United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record